In the Matter of MORTON GLEN COVE REALTY CO., INC., Respondent, against HENRY M. SMITH, as Building Inspector of the Incorporated Village of East Hills, Appellant.—

P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.